IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DWIGHT LEE CROSDALE,

   Petitioner,

     v.

                             CIVIL ACTION FILE
                             NO. 1:10-CV-2030-TWT

DANNIE THOMPSON, et al.,

   Respondent.

ORDER

This is a pro se Petition for a writ of habeas corpus.  It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing the Petition for failure to state a claim.  I approve and adopt the Report and Recommendation as the judgment of the Court.   This action is DISMISSED for failure to state a claim.

      SO ORDERED, this 3 day of February, 2011.


                    /s/Thomas W. Thrash
                    THOMAS W. THRASH, JR.
                    United States District Judge